In the Matter of F. &. M. SCHAEFER BREWING COMPANY, Respondent, against JOHN J. MCCLOSKEY, JR., as Sheriff of the City of New York, Appellant.—

Hagarty, Johnston, Adel, Taylor and Lewis, JJ., concur. [179 Misc. 896.]